# UNITED STATES DISTRICT COURT
## Western District of Washington

John Scannell

Plaintiff

vs.

Washington State Bar Association, et al

Defendant(s)

Case Number: 12-00683 SJO

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) John Scannell declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: This is a suit against the bar association and some of its members including individual members of Washington State Supreme Court for Civil Rights violations, RICO, Sherman antitrust, and state tort claims

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   [X] Yes  Total amount of net monthly salary (take home pay) $ 50

   Name and address of employer Actionlaw.net, 501 S. Jackson, #302, Seattle, WA., 98104

   [ ] No  Date of last employment _____  Total amount of last net monthly salary $ _____

2. If married, is your spouse presently employed?  [X] Not married

   [ ] Yes  Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

   [ ] No  Date of spouse's last employment _____  Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment     $ $1000
   b. Income from rent, interest or dividends           $ 0
   c. Pensions, annuities or life insurance payments    $ 11,000
   d. Disability, unemployment, workers compensation or public assistance  $ 0
   e. Gifts or inheritances                             $ 0
   f. Money received from child support or alimony      $ 0
   g. Describe any other source of income _____       $ _____

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 100    Checking Account $ 0    Savings Account $ 0

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

[x] Yes    Two inoperable 70 VW's    $ 250
[ ] No

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

[ ] Yes
[x] No    $

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Utilities such as phone, hiring temporary employees to work in office, student loans, electrical bills, office supplies, transportation costs    $ Over $1000.00 per month

8. Provide any other information that will help explain why you cannot pay court fees and costs.

This law office has been losing money ever since I lost my license through actions of the Bar that are the subject of this suit. I am in debt to Bar Association for judgments, electrical company for past electrical bills, and phone company for phone bills.

I declare under penalty of perjury that the foregoing is true and correct.

July 8, 2014    *[signature: John R Scannell]*

**Executed on: (Date)    Signature of Plaintiff**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I, (print your name) John R. Scannell hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

July 8, 2014    *[signature: John R Scannell]*

**Executed on: (Date)    Signature of Plaintiff**